07 CV 11450
JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

        Plaintiff,

- against -

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a/ MERIT
ENTERTAINMENT,

        Defendants.

07 Civ.    (    )

**FRCP 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff TouchTunes Music Corp. (a private non-governmental party) certifies that TouchTunes Holding Corp. owns 100% of the stock of Plaintiff TouchTunes Music Corp. and that no publicly held corporation owns 10% or more of Plaintiff TouchTunes Music Corp.'s stock.

Dated: December 20, 2007
      New York, New York

LATHAM & WATKINS LLP

By: _____
    James S. Blank (JB-4376)

885 Third Avenue - Suite 1000
New York, New York 10022-4802
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: james.blank@lw.com

Attorneys for Plaintiff TouchTunes Music Corp.