UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sweet, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,

    Plaintiff,

v.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a
MERIT ENTERTAINMENT,

    Defendants.

---

Case No. CV 07-11450

Hon. Robert W. Sweet

**STIPULATION**



IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties in the above-captioned action, that the Defendants' time to move, answer or otherwise respond to the Complaint is and shall be extended to February 15, 2008.

Dated: New York, New York
       January 7, 2008

LATHAM & WATKINS LLP

By: _____
James S. Blank (JB-4376)
885 Third Avenue
New York, New York 10022
(212) 906-1200

Counsel for Plaintiff

DICKSTEIN SHAPIRO LLP

By: _____
Victoria A. Kummer (VK-9210)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Charles W. Saber
1825 Eye Street N.W.
Washington, D.C. 20006
(202) 420-2200

Counsel for Defendants

SO ORDERED: _____
               U.S.D.J.

1-14-08

DOCSNY-286066