UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants herein states as follows:

1.  Defendant Rowe International Corporation is a Delaware corporation, with a majority ownership interest held by Harbour Group Investments IV, L.P., a Delaware limited partnership. No publicly held corporation owns 10% or more of the stock of any of the referenced entities herein.

2.  Defendant Merit Industries, Inc. is a Delaware corporation wholly owned by Merit Enterprises, Inc., a Delaware corporation, a majority ownership interest of which is held by Harbour Group Investments IV, L.P., a Delaware limited partnership. No publicly held corporation owns 10% of more of the stock of any of the referenced entities herein.

3.  Defendant AMI Entertainment, Inc. is a Delaware corporation wholly owned by Rowe International Corporation, a Delaware corporation, a majority ownership interest of which

is held by Harbour Group Investments IV, L.P., a Delaware limited partnership. No publicly held corporation owns 10% of more of the stock of any of the referenced entities herein.

4.  Defendant Arachnid, Inc. is a privately held Ohio corporation, wholly owned by Arachnid, Inc, as to which no publicly held corporation owns 10% or more of the stock.

Dated: New York, New York
January 17, 2008

DICKSTEIN SHAPIRO LLP

/S/ Victoria Kummer
Victoria A. Kummer (VK-9210)
Dawn Rudenko (DR-8290)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants