Victoria A. Kummer (VK-9210)
Dawn Rudenko (DR-8290)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
TOUCHTUNES MUSIC CORP.,                :
                                       :
        Plaintiff,               :
                                       :
v.                                     :   Civ. Act. No.: 07-CV-11450 (RWS)
                                       :
ROWE INTERNATIONAL CORP.,              :
ARACHNID, INC., AMI ENTERTAINMENT,     :
INC., and MERIT INDUSTRIES, INC. d/b/a :
MERIT ENTERTAINMENT,                   :
                                       :
        Defendants.              :
----------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Victoria Kummer of the law firm of Dickstein Shapiro LLP, an attorney duly admitted to practice law in this Court, hereby appears on behalf of defendants Rowe International Corp., Arachnid, Inc., AMI Entertainment, Inc., and Merit Industries, Inc. d/b/a Merit Entertainment in the above-captioned matter.

Dated: January 17, 2008                DICKSTEIN SHAPIRO LLP

                                      By:    /s/ Victoria A. Kummer
                                              Victoria A. Kummer (VK-9210)
                                              Dawn Rudenko (DR-8290)
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Tel: 212-277-6500
                                              Fax: 212-277-6501

287936