AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

TOUCHTUNES MUSIC CORP.,

V.

ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 11450

JUDGE SWEET

TO: (Name and address of Defendant)

Rowe International Corp.
1500 Union Avenue S.E.
Grand Rapids, Michigan 49507

\* see attached rider for remaining defendants and addresses

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S. Blank (JB-4376)
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
james.blank@lw.com

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MIC[HAEL McMA]HON                                DEC 20 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

## **RIDER**

Arachnid, Inc.
6212 Material Avenue
Loves Park, Illinois 61111

AMI Entertainment, Inc.
1500 Union Avenue, S.E.
Grand Rapids, Michigan 49507

Merit Industries, Inc. d/b/a
Merit Entertainment
2525 State Road
Bensalem, Pennsylvania 19020

## State of Illinois County of United States District Court Southern

Case# 07CV11450
MP# 07-2175

I, Brad Thompkins, being first sworn on oath, states that he is a citizen of the United States of America, an adult over the age of 18 and not a party to the within cause: that he is licensed of a registered private detective under the Private Detective and Private Security Act of 1993, authorized to effect service pursuant to Chapter 110, Section 2-202, Illinois Revised Statutes, as amended.

That he served the within: Summons In a Civil Action, Complaint for Patent Infringement and for De

Defendant/Corporation to be served: Arachnid, Inc.

Address where served/attempted: 6212 Material Avenue Loves Park, Illinois 61111

Description of person served:
Age ____0  Gender M  Race W  Height 6'1  Weight ____0  Hair Grey  D.O.B. ____

[X] SERVED  [ ] NON-SERVED   the defendant on:   12/26/2007   @   2:45pm

____ INDIVIDUAL defendants/other,

____ SUBSTITUTE SERVICE by leaving a copy at the usual place of abode with: _____
a person residing therein who is of the age of 13 or upwards, informing that person of the contents, and also by sending a copy of the within document in a sealed envelope with the postage prepaid, addressed to the individual at his place of abode on _____.

_X_ CORPORATION by leaving a copy with: Pactrick Rice(Co President), a person authorized to accept service and inform that person of the contents.

____ POSTED

____ NON-SERVICE after investigating found

_____
_____
_____
_____
_____
_____

Additional Comments
No comment on age or d.o.b.

Subscribed and sworn before me on
This 31 of Dec, 2007

Notary Public

Process Server
Merchants Police
618 East State Street
Rockford, Illinois 61104

"OFFICIAL SEAL"
ERIN M. DAVIS
Notary Public, State of Illinois
My Commission Expires 05/09/2010

**District of New York**

eclaratory Relief along with Exhibits "A-J", Civil Cover Sheet, Rule 7.1 Statement, and Judges Rules.