✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

TOUCHTUNES MUSIC CORP.,

V.

ROWE INTERNATIONAL CORP., ARACHNID,
INC., AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a
MERIT ENTERTAINMENT,

## SUMMONS IN A CIVIL ACTION

07 CV 11450

CASE NUMBER:  07 Civ.

**JUDGE SWEET**

TO: (Name and address of Defendant)

Rowe International Corp.
1500 Union Avenue S.E.
Grand Rapids, Michigan 49507

* see attached rider for remaining defendants and addresses

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S. Blank (JB-4376)
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022
(212) 906-1200
james.blank@lw.com

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MIC̲͟H̲͟ ̲͟_____ ̲͟ ̲͟S̲͟ON        DEC 2 0 2007

| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

## RIDER

Arachnid, Inc.
6212 Material Avenue
Loves Park, Illinois  61111

AMI Entertainment, Inc.
1500 Union Avenue, S.E.
Grand Rapids, Michigan  49507

Merit Industries, Inc. d/b/a
Merit Entertainment
2525 State Road
Bensalem, Pennsylvania  19020

# Affidavit of Process Server

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| TOUCHTUNES MUSIC CORP. vs | MERIT INDUSTRIES, INC.d/b/a/ MERIT ENTERAINMENT | 07CV11450 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I NICHOLAS P. CIPRIANO_____ , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served MERIT INDUSTRIES, d/b/a MERIT ENTERTAINMENT_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION, COMPLAINT_____

by leaving with JEFF KRISCIUNAS,____  CFO_____ At
NAME                                RELATIONSHIP

☐ Residence _____
ADDRESS                          CITY / STATE

☑ Business 2525 STATE ROAD, BENSALEM, PA. 19020____
ADDRESS                          CITY / STATE

On DECEMBER 28, 2007_____ AT 1:30 PM_____
DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE          TIME                    DATE          TIME

(3)_____ (4)_____ (5)_____
DATE      TIME              DATE      TIME              DATE      TIME

**Description:.** Age 35-40 Sex m  Race W  Height 6'  Weight 165 Hair BROWN Beard_____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 31ST day of DECEMBER , 20 07 , by NICHOLAS P. CIPRIANO ,
Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notarial Seal
Donna M. Cipriano, Notary Public
Northampton Twp., Bucks County
My Commission Expires Feb. 17, 2009
Member, Pennsylvania Association of Notaries

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of PENNA.



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS