AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

TOUCHTUNES MUSIC CORP.,

V.

ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 11450

JUDGE SWEET

TO: (Name and address of Defendant)

Rowe International Corp.
1500 Union Avenue S.E.
Grand Rapids, Michigan 49507

* see attached rider for remaining defendants and addresses

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S. Blank (JB-4376)
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
james.blank@lw.com

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      DEC 20 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

## **RIDER**

Arachnid, Inc.
6212 Material Avenue
Loves Park, Illinois 61111

AMI Entertainment, Inc.
1500 Union Avenue, S.E.
Grand Rapids, Michigan 49507

Merit Industries, Inc. d/b/a
Merit Entertainment
2525 State Road
Bensalem, Pennsylvania 19020

## US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

INDEX 07 CV 11450

TOUCHTONES, ET AL
PLAINTIFFS
VS
ROWE INTERNATIONAL CORP, ET AL
DEFENDANTS

I Sharon L Helsel, being duly sworn, depose and say that on 1-4-08, at 2:02 Pm, I served A Summons in a civil Action, Complaint for Patent Infringement and for Declaratory Relief along with Exhibits "A-J", Civil cover sheet, rule 7.1 Statement, and Judges Rules On Rowe International Corp at 1500 Union Ave SE, Grand Rapids, MI 49507 on Valerie Winther, Receptionist-Operator, authorized to accept service. Her physical description is as follows:

White female, age 42, 5'5", 150 lbs, Brown hair, brown eyes and glasses

_Sharon L Helsel_

Subscribed and sworn to before me
A Notary Public on  1-7-08

_Mary M Fansler_

MARY M. FANSLER, NOTARY PUBLIC
MONTCOLM COUNTY, ACTING IN KENT COUNTY
STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 12-6-2011