ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
TOUCHTUNES MUSIC CORP.,              :     Case No. CV 07-11450
                                     :
                    Plaintiff,       :     Hon. Robert W. Sweet
                                     :
v.                                   :
                                     :
ROWE INTERNATIONAL CORP.,            :
ARACHNID, INC.,                      :     **MOTION TO ADMIT COUNSEL**
AMI ENTERTAINMENT, INC., and         :     **PRO HAC VICE**
MERIT INDUSTRIES, INC. d/b/a         :
MERIT ENTERTAINMENT,                 :
                                     :
                    Defendants.      :
_____

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Thomas D. Anderson |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 402-2200/2201 |
| Fax Number: | (202) 420-2201 |

Thomas D. Anderson is a member of good standing of the Bar of the State of Virginia. A Certificate of Good Standing is attached hereto as Exhibit A.

There are no pending disciplinary proceeding against Thomas D. Anderson in any State or Federal Court.

Dated:        January 17, 2008
City, State:  New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar:     DR-8290
Firm Name:    Dickstein Shapiro LLP
Address:      1177 Avenue of the Americas
City/State/Zip: New York, NY 10036
Phone Number: (212) 277-6500
Fax Number:   (212) 277-6501

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**THOMAS DALE ANDERSON**

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, THOMAS DALE ANDERSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of January
A.D. 2008

By: _____
*Clerk*

 ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,                :    Case No. CV 07-11450

                Plaintiff,            :    Hon. Robert W. Sweet

v.                                     :

ROWE INTERNATIONAL CORP.,              :
ARACHNID, INC.,                        :    **AFFIDAVIT OF DAWN RUDENKO**
AMI ENTERTAINMENT, INC., and           :    **IN SUPPORT OF MOTION TO**
MERIT INDUSTRIES, INC. d/b/a           :    **ADMIT COUNSEL PRO HAC VICE**
MERIT ENTERTAINMENT,                   :

                Defendants.          :

---

State of New York      )
                       )  ss:
County of New York     )

Dawn Rudenko, being duly sworn, hereby deposes and s[ays]:

1. I am an Associate at Dickstein Shapiro LLP, coun[sel ... in the above]-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment's motion to admit Thomas D. Anderson as counsel pro hac vice to represent Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 27, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Thomas D. Anderson since 2006.

4. Thomas D. Anderson is an Associate at Dickstein Shapiro LLP, in Washington, D.C.

5. I have found Thomas D. Anderson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Thomas D. Anderson, pro hac vice.

DOCSNY-287762

7.  I respectfully submit a proposed order granting the admission of Thomas D. Anderson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thomas D. Anderson, pro hac vice, to represent the defendants Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment, be granted.

Dated:      January 17, 2008

City, State:    New York, New York

Notarized:  *[signature]*

VICTOR PADRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6128179
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JUNE 6, 2009

Respectfully submitted,

*[signature]*

Dawn Rudenko (DR-8290)
Attorneys for Defendants
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 277-6500

2

DOCSNY-287762

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendants. | |

Upon the motion of Dawn Rudenko, attorney for Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Thomas D. Anderson |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 402-2200/2201 |
| Email Address: | andersont@dicksteinshapiro.com |

is admitted to practice pro hac vice as counsel for Rowe International Corp., AMI Entertainment, Inc., and Merit Industries, Inc. d/b/a Merit Entertainment in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $   SDNY RECEIPT #

SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2008, he served a copy of the following:

MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on behalf of Applicant Thomas D. Anderson

by Federal Express and electronic mail to the persons hereinafter named, at the place and address stated below:

James S. Blank
Latham & Watkins LLP
885 Third Avenue. Suite 1000
New York, NY 10022-4834
james.blank@lw.com

_____
Victor Padro