ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TOUCHTUNES MUSIC CORP., | : | Case No. CV 07-11450 |
| | : | |
| Plaintiff, | : | Hon. Robert W. Sweet |
| v. | : | |
| | : | |
| ROWE INTERNATIONAL CORP., | : | |
| ARACHNID, INC., | : | **MOTION TO ADMIT COUNSEL** |
| AMI ENTERTAINMENT, INC., and | : | **PRO HAC VICE** |
| MERIT INDUSTRIES, INC. d/b/a | : | |
| MERIT ENTERTAINMENT, | : | |
| | : | |
| Defendants. | : | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Dipu A. Doshi |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 402-2200/2201 |
| Fax Number: | (202) 420-2201 |

Dipu A. Doshi is a member of good standing of the Bar of the States of District of Columbia and New
York. Certificate of Good Standing from those jurisdiction are attached hereto as Exhibits A and B,
respectively.

There are no pending disciplinary proceeding against Dipu A. Doshi in any State or Federal Court.

| | |
|---|---|
| Dated: | January 17, 2008 |
| City, State: | New York, New York |

Respectfully submitted,

Sponsor's
| | |
|---|---|
| SDNY Bar: | DR-8290 |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1177 Avenue of the Americas |
| City/State/Zip: | New York, NY 10036 |
| Phone Number: | (212) 277-6500 |
| Fax Number: | (212) 277-6501 |



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Dipu A. Doshi

_____

was on the    8th    day of    December, 2003

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
8, 2008.


GARLAND PINKSTON, JR., CLERK


By: _____
         Deputy Clerk



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Dipu Ashvin Doshi** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26 th** day of **February 2003,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 14, 2008.



James Edward Pelzer

Clerk of the Court

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,                    :        Case No. CV 07-11450
                                           :
                          Plaintiff,       :        Hon. Robert W. Sweet
                                           :
v.                                         :
                                           :
ROWE INTERNATIONAL CORP.,                  :
ARACHNID, INC.,                            :        **AFFIDAVIT OF DAWN RUDENKO**
AMI ENTERTAINMENT, INC., and               :        **IN SUPPORT OF MOTION TO**
MERIT INDUSTRIES, INC. d/b/a               :        **ADMIT COUNSEL PRO HAC VICE**
MERIT ENTERTAINMENT,                       :
                                           :
                          Defendants.      :
                                           :

---

State of New York          )
                           )        ss:
County of New York         )

Dawn Rudenko, being duly sworn, hereby deposes and says as follows:

1.    I am an Associate at Dickstein Shapiro LLP, counsel for Defendants in the above-
      captioned action. I am familiar with the proceedings in this case. I make this statement
      based on my personal knowledge of the facts set forth herein and in support of Rowe
      International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit
      Entertainment's motion to admit Dipu A. Doshi as counsel pro hac vice to represent
      Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit
      Entertainment in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to
      practice law on January 27, 1998. I am also admitted to the bar of the United States
      District Court for the Southern District of New York, and am in good standing with this
      court.

3.    I have known Dipu A. Doshi since 2005.

4.    Dipu A. Doshi is an Associate at Dickstein Shapiro LLP, in Washington, D.C.

5.    I have found Dipu A. Doshi to be a skilled attorney and a person of integrity. He is
      experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Dipu A. Doshi, pro hac vice.

DOCSNY-287768

7.    I respectfully submit a proposed order granting the admission of Dipu A. Doshi, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Dipu A. Doshi, pro hac vice, to represent the defendants Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment, be granted.

Dated:        January 17, 2008

City, State:    New York, New York

Notarized:

VICTOR PADRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6128179
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JUNE 6, 2009

Respectfully submitted,

Dawn Rudenko (DR-8290)
Attorneys for Defendants
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 277-6500

2

DOCSNY-287768

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TOUCHTUNES MUSIC CORP., | : | Case No. CV 07-11450 |
| | : | |
| Plaintiff, | : | Hon. Robert W. Sweet |
| v. | : | |
| | : | |
| ROWE INTERNATIONAL CORP., | : | |
| ARACHNID, INC., | : | **ORDER FOR ADMISSION** |
| AMI ENTERTAINMENT, INC., and | : | **PRO HAC VICE** |
| MERIT INDUSTRIES, INC. d/b/a | : | <u>**ON WRITTEN MOTION**</u> |
| MERIT ENTERTAINMENT, | : | |
| | : | |
| Defendants. : | | |

Upon the motion of Dawn Rudenko , attorney for Defendants in the above-captioned case, and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Dipu A. Doshi

Firm Name:    Dickstein Shapiro LLP

Address:    1825 Eye Street, NW

City/State/Zip:    Washington, D.C. 20006

Telephone/Fax:    (202) 402-2200/2201

Email Address:    doshid@dicksteinshapiro.com

is admitted to practice pro hac vice as counsel for Rowe International Corp., AMI Entertainment, Inc.,
and Merit Industries, Inc. d/b/a Merit Entertainment in the above captioned case in the United States
District Court for the Southern District of New York. All attorneys appearing before this Court are subject
to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is
assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF
password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $                    SDNY RECEIPT #

SDNY Form Web 10/2006

ORIGINAL

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 18, 2008, he served a copy of the following:

MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on behalf of Applicant Dipu A. Doshi

by Federal Express and electronic mail to the persons hereinafter named, at the place and address stated below:

James S. Blank
Latham & Watkins LLP
885 Third Avenue. Suite 1000
New York, NY 10022-4834
<u>james.blank@lw.com</u>

_____
Victor Padro