UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

TOUCHTUNES MUSIC CORP., : Case No. CV 07-11450

              Plaintiff, : Hon. Robert W. Sweet

v. :

ROWE INTERNATIONAL CORP., :
ARACHNID, INC., : **MOTION TO ADMIT COUNSEL**
AMI ENTERTAINMENT, INC., and : <u>**PRO HAC VICE**</u>
MERIT INDUSTRIES, INC. d/b/a :
MERIT ENTERTAINMENT, :
 :
             Defendants. :
------------------------------------

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    DeAnna Allen
    Firm Name:    Dickstein Shapiro LLP
    Address:    1825 Eye Street, NW
    City/State/Zip:    Washington, D.C. 20006
    Phone Number:    (202) 402-2200/2201
    Fax Number:    (202) 420-2201

DeAnna Allen is a member of good standing of the Bar of the State of District of Columbia. A Certificate of Good Standing is attached hereto as Exhibit A.

There are no pending disciplinary proceeding against DeAnna Allen in any State or Federal Court.

Dated:    January 17, 2008
City, State:    New York, New York

    Respectfully submitted,

    _[signature]_

    Sponsor's
    SDNY Bar:    DR-8290
    Firm Name:    Dickstein Shapiro LLP
    Address:    1177 Avenue of the Americas
    City/State/Zip:  New York, NY 10036
    Phone Number: (212) 277-6500
    Fax Number:    (212) 277-6501



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DeAnna Allen

was on the 7th day of June, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 8, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2008, he served a copy of the following:

MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on behalf of Applicant DeAnna Allen

by Federal Express and electronic mail to the persons hereinafter named, at the place and address stated below:

James S. Blank
Latham & Watkins LLP
885 Third Avenue. Suite 1000
New York, NY 10022-4834
james.blank@lw.com

_____
Victor Padro

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO <u>ADMIT COUNSEL PRO HAC VICE</u>** |
| Defendants. | |

State of New York   )
                    ) ss:
County of New York  )

Dawn Rudenko, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at Dickstein Shapiro LLP, counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment's motion to admit DeAnna Allen as counsel pro hac vice to represent Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 27, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known DeAnna Allen since 2005.

4. DeAnna Allen is a Partner at Dickstein Shapiro LLP, in Washington, D.C.

5. I have found DeAnna Allen to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of DeAnna Allen, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of DeAnna Allen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit DeAnna Allen, pro hac vice, to represent the defendants Rowe International Corp., AMI Entertainment, Inc. and Merit Industries, Inc. d/b/a Merit Entertainment, be granted.

Dated:        January 17, 2008

City, State:  New York, New York

Notarized: *[signature]*

VICTOR PADRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6128179
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JUNE 6, 2009

Respectfully submitted,

*[signature]*

Dawn Rudenko (DR-8290)
Attorneys for Defendants
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 277-6500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendants. | |

Upon the motion of Dawn Rudenko, attorney for Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DeAnna Allen |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 402-2200/2201 |
| Email Address: | allend@docksteinshapiro.com |

is admitted to practice pro hac vice as counsel for Rowe International Corp., AMI Entertainment, Inc., and Merit Industries, Inc. d/b/a Merit Entertainment in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY.  FEE PAID $          SDNY RECEIPT #

SDNY Form Web 10/2006