
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Applicant's Name:   James P. Murphy
    Firm Name:   McAndrews Held & Malloy LTD
    Address:   500 West Madison Street, 34th Floor
    City/State/Zip:   Chicago, Illinois 60661
    Phone Number:   (312) 775-8000
    Fax Number:   (312) 775-8100

James P. Murphy is a member of good standing of the Bar of the State of Illinois. A Certificate of Good Standing is attached hereto as Exhibit A.

There are no pending disciplinary proceeding against James P. Murphy in any State or Federal Court.

Dated:    January 22, 2008
City, State:    New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar:    DR-8290
Firm Name:    Dickstein Shapiro LLP
Address:    1177 Avenue of the Americas
City/State/Zip:   New York, NY 10036
Phone Number: (212) 277-6500
Fax Number:   (212) 277-6501

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Patrick Murphy

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1992 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, January 16, 2008.

*Juleann Hornyak*

Clerk

☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

State of New York    )
                     ) ss:
County of New York   )

Dawn Rudenko, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at Dickstein Shapiro LLP, counsel for Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Arachnid, Inc.'s motion to admit James P. Murphy as counsel pro hac vice to represent Arachnid, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 27, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known James P. Murphy since 2006.

4. James P. Murphy is a Partner at McAndrews Held & Malloy LTD, in Chicago, IL.

5. I have found James P. Murphy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James P. Murphy, pro hac vice.

7. I respectfully submit a proposed order granting the admission of James P. Murphy, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James P. Murphy, pro hac vice, to represent Arachnid, Inc., be granted.

Dated: January 22, 2008

City, State: New York, New York

Notarized: *[signature]*

VICTOR PADRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA6128179
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES JUNE 6, 2009

Respectfully submitted,

*[signature]*

Dawn Rudenko (DR-8290)
Attorneys for Defendants
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendants. | |

Upon the motion of Dawn Rudenko, attorney for Defendants in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James P. Murphy |
| Firm Name: | McAndrews Held & Malloy LTD |
| Address: | 500 West Madison Street, 34th Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Telephone/Fax: | (312) 775-8000/8100 |
| Email Address: | jmurphy@mcandrews-ip.com |

is admitted to practice pro hac vice as counsel for Arachnid, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY. FEE PAID $         SDNY RECEIPT #

SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2008, he served a copy of the following:

MOTION TO ADMIT COUNSEL PRO HAC VICE and AFFIDAVIT OF DAWN RUDENKO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE on behalf of Applicant James P. Murphy

by Federal Express and electronic mail to the persons hereinafter named, at the place and address stated below:

James S. Blank
Latham & Watkins LLP
885 Third Avenue. Suite 1000
New York, NY 10022-4834
james.blank@lw.com

_____
Victor Padro

DOCSNY-289098