☐ ORIGINAL



SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP., :  Case No. CV 07-11450

           Plaintiff, : Hon. Robert W. Sweet

v. :

ROWE INTERNATIONAL CORP., :
ARACHNID, INC., : **MOTION TO ADMIT COUNSEL**
AMI ENTERTAINMENT, INC., and : **PRO HAC VICE**
MERIT INDUSTRIES, INC. d/b/a :
MERIT ENTERTAINMENT, :
           Defendants. :

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:   Dipu A. Doshi
    Firm Name:   Dickstein Shapiro LLP
    Address:   1825 Eye Street, NW
    City/State/Zip:   Washington, D.C. 20006
    Phone Number:   (202) 402-2200/2201
    Fax Number:   (202) 420-2201

Dipu A. Doshi is a member of good standing of the Bar of the States of District of Columbia and New York. Certificate of Good Standing from those jurisdiction are attached hereto as Exhibits A and B, respectively.

---

There are no pending disciplinary proceeding against Dipu A. Doshi in any State or Federal Court.

Dated:   January 17, 2008
City, State:   New York, New York

Respectfully submitted,

_____

Sponsor's
SDNY Bar:   DR-8290
Firm Name:   Dickstein Shapiro LLP
Address:   1177 Avenue of the Americas
City/State/Zip:   New York, NY 10036
Phone Number:   (212) 277-6500
Fax Number:   (212) 277-6501

So ordered
Sweet
USDJ
1.30.08