UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Touch Tunes Music,

-v.-

Rowe International, et al.

07 Civ. 11450 (RWS)

-----------------------------------------------------------------X

Please be advised that the conference scheduled for Feb 13, 08 has been rescheduled to March 19, 08 at 4:30pm in Courtroom 18C

2/4/08

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
2/4/08

_____
ROBERT W. SWEET
United States District Judge