**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,           :    Case No. CV 07-11450
                                  :
            Plaintiff,            :    Hon. Robert W. Sweet
                                  :
v.                                :
                                  :
ROWE INTERNATIONAL CORP.,         :
ARACHNID, INC.,                   :    **MOTION TO ADMIT COUNSEL**
AMI ENTERTAINMENT, INC., and      :    **PRO HAC VICE**
MERIT INDUSTRIES, INC. d/b/a      :
MERIT ENTERTAINMENT,              :
                                  :
            Defendants.           :

---



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | DeAnna Allen |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 402-2200/2201 |
| Fax Number: | (202) 420-2201 |

DeAnna Allen is a member of good standing of the Bar of the State of District of Columbia. A Certificate
of Good Standing is attached hereto as Exhibit A.

---

There are no pending disciplinary proceeding against DeAnna Allen in any State or Federal Court.

Dated:          January 17, 2008
City, State:    New York, New York

            Respectfully submitted,

            _____
            Sponsor's
            SDNY Bar:   DR-8290
            Firm Name:  Dickstein Shapiro LLP
            Address:    1177 Avenue of the Americas
            City/State/Zip: New York, NY 10036
            Phone Number: (212) 277-6500
            Fax Number:   (212) 277-6501