

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SCANNED**

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Case No. CV 07-11450 |
| Plaintiff, | Hon. Robert W. Sweet |
| v. | |
| ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC., and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | James P. Murphy |
| Firm Name: | McAndrews Held & Malloy LTD |
| Address: | 500 West Madison Street, 34th Floor |
| City/State/Zip: | Chicago, Illinois 60661 |
| Phone Number: | (312) 775-8000 |
| Fax Number: | (312) 775-8100 |

James P. Murphy is a member of good standing of the Bar of the State of Illinois. A Certificate of Good Standing is attached hereto as Exhibit A.

There are no pending disciplinary proceeding against James P. Murphy in any State or Federal Court.

Dated: January 22, 2008
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar: DR-8290
Firm Name: Dickstein Shapiro LLP
Address: 1177 Avenue of the Americas
City/State/Zip: New York, NY 10036
Phone Number: (212) 277-6500
Fax Number: (212) 277-6501