

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,

                  Plaintiff,

v.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a
MERIT ENTERTAINMENT,

                  Defendants.

Case No. CV 07-11450

Hon. Robert W. Sweet

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Thomas D. Anderson
    Firm Name:    Dickstein Shapiro LLP
    Address:    1825 Eye Street, NW
    City/State/Zip:    Washington, D.C. 20006
    Phone Number:    (202) 402-2200/2201
    Fax Number:    (202) 420-2201

Thomas D. Anderson is a member of good standing of the Bar of the State of Virginia. A Certificate of Good Standing is attached hereto as Exhibit A.

---

There are no pending disciplinary proceeding against Thomas D. Anderson in any State or Federal Court.

Dated:    January 17, 2008
City, State:    New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar:    DR-8290
Firm Name:    Dickstein Shapiro LLP
Address:    1177 Avenue of the Americas
City/State/Zip:    New York, NY 10036
Phone Number:    (212) 277-6500
Fax Number:    (212) 277-6501