ORIGINAL

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,                : Case No. CV 07-11450

                Plaintiff,       : Hon. Robert W. Sweet

v.

ROWE INTERNATIONAL CORP.,              :
ARACHNID, INC.,                        : **MOTION TO ADMIT COUNSEL**
AMI ENTERTAINMENT, INC., and           : **PRO HAC VICE**
MERIT INDUSTRIES, INC. d/b/a           :
MERIT ENTERTAINMENT,                   :

                Defendants.      :

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn Rudenko, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Applicant's Name:   Paul W. McAndrews
    Firm Name:          McAndrews Held & Malloy LTD
    Address:            500 West Madison Street, 34th Floor
    City/State/Zip:     Chicago, Illinois 60661
    Phone Number:       (312) 775-8000
    Fax Number:         (312) 775-8100

James P. Murphy is a member of good standing of the Bar of the State of Illinois. A Certificate of Good Standing is attached hereto as Exhibit A.

---

There are no pending disciplinary proceeding against Paul W. McAndrews in any State or Federal Court.

Dated:        January 22, 2008
City, State:  New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar:   DR-8290
Firm Name:  Dickstein Shapiro LLP
Address:    1177 Avenue of the Americas
City/State/Zip: New York, NY 10036
Phone Number: (212) 277-6500
Fax Number:   (212) 277-6501