UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

        Plaintiff,

- against -

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT,

        Defendants.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC., and
MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT,

        Counterplaintiffs,

- against -

TOUCHTUNES MUSIC CORP.,

        Counterdefendant.

07 Civ. 11450 (RWS)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiff and Counterdefendant, TouchTunes Music Corp., in the above-captioned action:

        Tzung-lin Fu (TF3910)
        Latham & Watkins LLP
        885 Third Avenue
        New York, New York 10022
        Telephone: (212) 906-1200
        Facsimile:   (212) 751-4864

Dated: February 29, 2008
      New York, New York        LATHAM & WATKINS LLP


By:   /s/ Tzung-lin Fu_____
       Tzung-lin Fu (TF3910)
       885 Third Avenue, Suite 1000
       New York, New York 10022
       Telephone: (212) 906-1200
       Facsimile: (212) 751-4864

       Attorneys for TouchTunes Music Corp.