UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TouchTunes Music,

    -v.-

07 Civ. 11450 (RWS)

Rowe International
------------------------------------------------------------X

Please be advised that the conference scheduled for March 24, 08 has been rescheduled to April 23, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

3-20-08

_____
ROBERT W. SWEET
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08