UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,

        Plaintiff,

- against -

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC. and
MERIT INDUSTRIES, INC. d/b/a/ MERIT
ENTERTAINMENT,

        Defendants.

07 Civ. 11450 (RWS)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

---

PLEASE TAKE NOTICE that upon the annexed Declaration of James S. Blank, dated March 17, 2008, the accompanying Declaration of Jonathon T. Reavill, dated March 17, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Jonathon T. Reavill to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Plaintiff TouchTunes Music Corp.

Dated: New York, New York
      March 17, 2008

                              LATHAM & WATKINS LLP

                              By: _____
                                  James S. Blank (JB-4376)

                              885 Third Avenue, Suite 1000
                              New York, New York 10022
                              (212) 906-1200

                              Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> - against - <br><br> ROWE INTERNATIONAL CORP., <br> ARACHNID, INC., <br> AMI ENTERTAINMENT, INC. and <br> MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT, <br><br> Defendants. | 07 Civ. 11450 (RWS) <br><br> **ORDER GRANTING MOTION TO** <br> **ADMIT COUNSEL PRO HAC VICE** |

This matter having been brought before the Court by motion to admit Jonathon T. Reavill *pro hac vice* to appear and participate as counsel for TouchTunes Music Corp. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Jonathon T. Reavill of the State of Virginia Bar is admitted *pro hac vice* to practice before this Court as counsel for TouchTunes Music Corp. in these proceedings.

Dated: _____, 2008

_____
Honorable Robert W. Sweet
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> - against - <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT, <br><br> Defendants. | 07 Civ. 11450 (RWS) <br><br> **DECLARATION** <br> **OF JAMES S. BLANK** |

JAMES S. BLANK, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP, counsel for Plaintiff TouchTunes Music Corp., in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Jonathon T. Reavill admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of Jonathon T. Reavill in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. Jonathon T. Reavill is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Jonathon T. Reavill to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March, 2008, in New York, New York.

_____
James S. Blank (JB-4376)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORP.,

    Plaintiff,

- against -

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC. and
MERIT INDUSTRIES, INC. d/b/a/ MERIT
ENTERTAINMENT,

    Defendants.

07 Civ. 11450 (RWS)

**DECLARATION OF
JONATHON T. REAVILL**

---

  JONATHON T. REAVILL, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

  1. I am a member of the law firm of Nixon & Vanderhye, P.C., located at 901 North Glebe Road, Suite 1100, Arlington, VA 22203.

  2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Virginia.

  3. There are no pending disciplinary proceedings against me in any State or Federal Court.

  4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March, 2008, in Arlington, Virginia.

              _____
              Jonathon T. Reavill



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JONATHON TAYLOR REAVILL IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. REAVILL** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 9, 1997**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued March 19, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> - against - <br><br> ROWE INTERNATIONAL CORP., <br> ARACHNID, INC., <br> AMI ENTERTAINMENT, INC. and <br> MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT, <br><br> Defendants. | 07 Civ. 11450 (RWS) <br><br> **CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on March 21, 2008, true and correct copies of Notice of Motion to Admit Counsel Pro Hac Vice, dated 3/17/08, Order Granting Motion to Admit Counsel Pro Hac Vice, Declaration of James S. Blank, dated 3/17/08, and Declaration of Jonathon T. Reavill, dated 3/17/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via first class mail upon:

> Charles W. Saber, Esq.
> DeAnna Allen, Esq.
> Dipu A. Doshi, Esq.
> Thomas D. Anderson, Esq.
> Dickstein Shapiro LLC
> 1825 Eye Street, NW
> Washington, DC 20006
>
> Dawn L. Rudenko, Esq.
> Victoria Anne Kummer, Esq.
> Dickstein Shapiro LLP
> 1177 Avenue of the Americas
> New York, New York 11036
>
> - and -
>
> James P. Murphy, Esq.
> Paul McAndrews, Esq.
> McAndrews, Held & Malloy Ltd.
> 500 W. Madison Street, Floor 34
> Chicago, IL 60661

Dated:     New York, New York
           March 21, 2008

LATHAM & WATKINS LLP

By _____
   Jessica Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022-4802
Tel: (212) 906-1200
Fax: (212) 751-4864

*Attorneys for Plaintiff TouchTunes Music Corp.*