COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOUCHTUNES MUSIC CORP.,

    Plaintiff,

    - against -

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC. and
MERIT INDUSTRIES, INC. d/b/a/ MERIT
ENTERTAINMENT,

    Defendants.

07 Civ. 11450 (RWS)

**NOTICE OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**



RECEIVED

MAR 2 4 2008

JUDGE SWEET CHAMBERS

    PLEASE TAKE NOTICE that upon the annexed Declaration of James S. Blank, dated

March 17, 2008, the accompanying Declaration of Jonathon T. Reavill, dated March 17, 2008,

and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule

1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern

Districts of New York, admitting Jonathon T. Reavill to the bar of this Court *pro hac vice* in

order to argue and try the above-captioned case as counsel for Plaintiff TouchTunes Music Corp.

Dated: New York, New York
      March 17, 2008

LATHAM & WATKINS LLP

*So ordered.*

*[signature]*

By: _____
     James S. Blank (JB-4376)
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiff