COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> - against - <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT, <br><br> Defendants. | 07 Civ. 11450 (RWS) <br><br> NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 3/25/08 |

PLEASE TAKE NOTICE that upon the annexed Declaration of James S. Blank, dated March 17, 2008, the accompanying Declaration of Joseph S. Presta, dated March 17, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Joseph S. Presta to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Plaintiff TouchTunes Music Corp.

Dated: New York, New York
March 17, 2008

*Motion granted*
*So Ordered*
*Sweet*
*USDJ*
*3/24/08*

LATHAM & WATKINS LLP

By: _____
James S. Blank (JB-4376)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Plaintiff