James S. Blank
Direct Dial: (212) 906-1274
james.blank@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP



FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

May 21, 2008

**VIA FACSIMILE**

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *TouchTunes Music Corp. v. Rowe International Corp.* (07 Civ. 11450)

Dear Judge Sweet:

    We represent Plaintiff TouchTunes Music Corp. in the above referenced matter, and write to respectfully request a brief extension of time until May 29, 2008 by which to submit the proposed Stipulated Protective Order governing confidential information. The Court's April 29, 2008 Order provided a deadline of May 20, 2008 by which to submit the stipulation. Defendants consent to this request for an extension. No previous requests for such extension have been made.

    Respectfully yours,

    James S. Blank
    of LATHAM & WATKINS LLP

cc: All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

So ordered
Sweet
USDJ
5-21-08