UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Touch Tunes Music,

        -v.-

Rowe Int'l
-------------------------------------------------------------X

07 Civ. 11450 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Please be advised that the conference scheduled for 6/17/08 has been rescheduled to 10/29/08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
      6/24/08

_____
ROBERT W. SWEET
United States District Judge