UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

TOUCHTUNES MUSIC CORP.,

                    Plaintiff,

                    07 CIVIL 11450 (RWS)

-against-

ROWE INTERNATIONAL CORP., et al.,

                    Defendants.

------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____JAMES S. BLANK_____

☑     *Attorney*

        ☑     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>JB-4376</u>.

        ☐     I am a Pro Hac Vice attorney

        ☐     I am a Government Agency attorney

☐     *Law Firm/Government Agency Association*

        From: _____

        To: _____

        ☑     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑     ***Address***:     KAYE SCHOLER LLP
                               425 Park Avenue
                               <u>New York, NY 10022</u>

☑     ***Telephone Number***:   <u>(212) 836-7528</u>

☑     ***Fax Number***:   <u>(212) 836-8689</u>

☑     ***E-Mail Address***:   <u>jblank@kayescholer.com</u>

Dated: <u>07/10/2008</u>     <u>  s/  </u>

31671961.DOC