**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TOUCHTUNES MUSIC CORP.,

                                 Plaintiff,                 **07 CIVIL 11450 (RWS)**

      -against-

ROWE INTERNATIONAL CORP., et al.,

                                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    TZUNG-LIN FU

☒    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TF-3910.

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address*:    KAYE SCHOLER LLP
                           425 Park Avenue
                           New York, NY 10022

☒    *Telephone Number*:    (212) 836-7552

☒    *Fax Number*:    (212) 836-6704

☒    *E-Mail Address*:    tfu@kayescholer.com

Dated: 07/30/2008         s/

T Fu Change of Address.DOC