Tonia Ouellette Klausner (tklausner@wsgr.com)
Joshua A. Plaut (jplaut@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800 (Telephone)
(212) 999-5899 (Facsimile)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-14-09

*Attorneys for Non-Party Google Inc.*

RECEIVED
JUL 2 2 2009
JUDGE SWEET CHAMBERS

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

TOUCHTUNES MUSIC CORP.,

      Plaintiff,

v.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC., AMI
ENTERTAINMENT, INC. and MERIT
INDUSTRIES, INC. d/b/a MERIT
ENTERTAINMENT,

      Defendants.

ARACHNID, INC.,

      Counterclaim Plaintiff,

v.

TOUCHTUNES MUSIC CORP.,

Counterclaim Defendant.

---

No. 07 Civ. 11450 (RWS)

ELECTRONICALLY FILED

**NOTICE OF MOTION**

*[Handwritten: Motion denied as not for the rec. court. So Ordered. Sweet USDJ   10.14.09]*

PLEASE TAKE NOTICE that, upon the Declaration of Nathan Don, the Declaration of Joshua A. Plaut, Esq. and the exhibits annexed thereto, and the accompanying Memorandum of Law, the undersigned will move before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New



York 10007, on Wednesday, September 9, 2009 at 12:00 p.m., or as soon thereafter as counsel can be heard, for an order, pursuant to Rule 45(c)(1),(3) of the Federal Rules of Civil Procedure, quashing the subpoenas issued in connection with the above-caption action to non-party Google Inc. ("Google") by Defendant/Counterclaim Plaintiff Arachnid, Inc. ("Arachnid") and awarding Google those attorneys fees it has incurred in connection with its response to the Arachnid subpoenas, including, without limitation, its assertion of the present motion.

Dated: July 21, 2009　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　Professional Corporation


　　　　　　　　　　　　　　　　　By: ___s/ Tonia Ouellette Klausner_____
　　　　　　　　　　　　　　　　　Tonia Ouellette Klausner  (tklausner@wsgr.com)
　　　　　　　　　　　　　　　　　Joshua A. Plaut (jplaut@wsgr.com)
　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI, P.C.
　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Floor
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　(212) 999-5800 (Telephone)
　　　　　　　　　　　　　　　　　(212) 999-5899 (Facsimile)

　　　　　　　　　　　　　　　　　*Attorneys for Non-Party Google Inc.*