UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

TOUCHTUNES MUSIC CORPORATION,

               Plaintiff,

  - against -

ROWE INTERNATIONAL CORP., ARACHNID, INC.,
AMI ENTERTAINMENT, INC. AND MERIT
INDUSTRIES, INC.,

               Defendants.

-------------------------------------X

07 Civ. 11450 (RWS)

O R D E R

**Sweet, D.J.,**

      Defendant Arachnid, Inc.'s letter of November 6, 2009 will be treated as a motion to be heard at noon on Wednesday, November 18, 2009, in courtroom 18C.

      It is so ordered.

**New York, NY**
**November 9, 2009**

ROBERT W. SWEET
U.S.D.J.