UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

TOUCHTUNES MUSIC CORP.,

                Plaintiff,

   - against -

ROWE INTERNATIONAL CORP., ET AL.,

                Defendants.

----------------------------------------X

07 Civ. 11450 (RWS)

O R D E R

```
+-------------------------------------+
| USDC SDNY                           |
| DOCUMENT                            |
| ELECTRONICALLY FILED                |
| DOC #: _____               |
| DATE FILED: 1/19/10                 |
+-------------------------------------+
```

**Sweet, D.J.,**

      Defendant Arachnid's motion to amend its pleadings will be heard at noon on Wednesday, February 10, 2010, in Courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.


      It is so ordered.


**New York, NY**
**January / 8, 2010**

                                    ROBERT W. SWEET
                                        U.S.D.J.