UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP.,<br><br>　　　　　Plaintiff,<br><br>　against<br><br>ROWE INTERNATIONAL CORP.,<br>ARACHNID, INC., AMI<br>ENTERTAINMENT,, INC. and MERIT<br>INDUSTRIES, INC. d/b/a MERIT<br>ENTERTAINMENT,<br><br>　　　　　Defendants.<br><br>ARACHNID, INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　against<br><br>TOUCHTUNES MUSIC CORP.,<br><br>　　　　　Counterclaim Defendant. | No. 07 Civ. 11450 (RWS)<br><br>[*PROPOSED*] ORDER REGARDING<br>NON-PARTY DISCOVERY <br><br> |

As set forth in open court on January 20, 2010, non-party Google Inc. ("Google") shall

make a supplemental production (the "Supplemental Production") to Defendant/Counterclaim

Plaintiff Arachnid, Inc. ("Arachnid"). Google shall use reasonable efforts to complete this

production by February 10, 2010. In the event that Google cannot complete the Supplemental

Production by February 10, 2010 notwithstanding the exercise of its reasonable efforts, Google

shall so advise Arachnid.

　　　As set forth in open court on January 20, 2010, the scope of the Supplemental Production

shall be limited to documents concerning those DFP features and functionalities actually used by

Plaintiff/Counterclaim Defendant TouchTunes Music Corp. ("TouchTunes"), as set forth in

Response No. 35 of TouchTunes's Objections and Responses to Arachnid's Second Set of Interrogatories, dated December 14, 2009.

In addition to the limitation set forth in the preceding paragraph, Google's production obligation in connection with the Supplemental Production shall be further limited to production of the following types of documents only:

- Documents describing how to use or interface with Google's DART and DFP products.

- Documents describing communications with Google's DART and DFP products, including message formats, tag creation, and other information necessary to understand the information being passed between TouchTunes and Google.

- Documents describing how Google processes information in its DART and DFP products to create any subsequent information for transfer to a user, such as TouchTunes.

Google shall not be required to produce computer code of any sort in connection with the Supplemental Production.

TouchTunes shall certify its Objections and Responses to Arachnid's Second Set of Interrogatories, dated December 14, 2009.


IT IS SO ORDERED.

New York, NY;

___2/3___, 2009

Robert W. Sweet, U.S.D.J.


2