UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a/ MERIT ENTERTAINMENT, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07-cv-11450-RWS |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declarations of Michael Tooker, Phil Ramone, and Jonathon Reavill and the exhibits annexed thereto, and the accompanying Memorandum of Law and Local Rule 56.1 Statement of Material Facts, the undersigned will move before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on Wednesday, May 19, 2010 at 12:00 p.m., or as soon thereafter as counsel can be heard, for an order granting summary judgment of non-infringement of U.S. Patent Nos. 6,397,189; 6,381,575; 5,848,398; and 6,970,834. The grounds for this motion are fully set forth in the accompanying Memorandum of Law.

Dated: March 19, 2010

                Respectfully submitted,

By:   /s/ James S. Blank

James S. Blank (JB-4376)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022-3589
Tel: (212) 836-8000
Fax: (212) 836-8689
E-mail: jblank@kayescholer.com

Joseph S. Presta
E-mail: jsp@nixonvan.com
Jonathon T. Reavill
E-mail: jtr@nixonvan.com
**NIXON & VANDERHYE, P.C.**
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203
Tel: (703) 816-4000
Fax: (703) 816-4100

*Attorneys for Plaintiff*
*TOUCHTUNES MUSIC CORP.*