UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHTUNES MUSIC CORPORATION,

                Plaintiff,

v.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC., AMI
ENTERTAINMENT, INC. AND MERIT
INDUSTRIES, INC.,

                Defendants.

Civil Action No. 07 Civ. 11450 (RWS)

---

**DEFENDANT ARACHNID, INC.'S NOTICE OF MOTION AND
MOTION TO COMPEL PLAINTIFF TOUCHTUNES TO
COMPLETE FACT DISCOVERY**

To: *Attorneys for Plaintiff Touchtunes Music Corporation*

    James S. Blank (JB-4376)
    Tzung-Lin Fu
    Kaye Scholer LLP
    425 Park Avenue
    New York, New York 10022
    Phone: (212) 836-7528
    Fax:   (212) 836-8689

    Joseph S. Presta
    Jonathon T. Reavill
    Nixon & Vanderhye, P.C.
    901 North Glebe Road, Suite 1100
    Arlington, Virginia 22203
    Phone: (703) 816-4000
    Fax:   (703) 816-4100

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the undersigned will move before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on **Wednesday, June 9, 2010 at 12:00 p.m.**, or as soon thereafter

as counsel can be heard, for an order compelling Touchtunes to complete its discovery obligations as set forth fully in the accompanying Memorandum of Law.

Date: May 28, 2010                           Respectfully Submitted,


s/ James P. Murphy
James P. Murphy
Paul W. McAndrews
McANDREWS HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Phone: (312) 775-8000
jmurphy@mcandrews-ip.com
pwmcandrews@mcandrews-ip.com

**Attorneys for Arachnid, Inc.**