UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

    Plaintiff,

v.

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC. and
MERIT INDUSTRIES, INC. d/b/a/ MERIT
ENTERTAINMENT,

    Defendants.

AND RELATED COUNTERCLAIMS

Civil Action No. 07-cv-11450-RWS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/10

### ORDER GRANTING MOTION TO WITHDRAW TZUNG-LIN FU AS COUNSEL FOR PLAINTIFF TOUCHTUNES MUSIC CORP.

Now pending before the Court is the Motion for Leave to Withdraw Tzung-lin Fu as Counsel for Plaintiff TouchTunes Music Corp. For good cause shown, it is

ORDERED that Tzung-lin Fu is hereby withdrawn as counsel for TouchTunes.

DATED: 6-3-10

~~RICHARD J. SULLIVAN~~ ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE