UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

TOUCHTUNES MUSIC CORP.,

                    Plaintiff,

        - against -

ROWE INTERNATIONAL CORP., ET AL.,

                    Defendants.

------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 2 10
```

07 Civ. 11450 (RWS)

O R D E R


**Sweet, D.J.,**


        Defendant Arachnid, Inc.'s motion to compel Plaintiff
TouchTunes Music Corp. to complete fact discovery will be heard at
noon on Wednesday, June 9, 2010, in Courtroom 18C.  All motion
papers shall be served in accordance with Local Civil Rule 6.1.


        It is so ordered.


**New York, NY**
**June  /  , 2010**

                                    ROBERT W. SWEET
                                       U.S.D.J.