UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ARACHNID, INC., <br><br> *Defendant.* <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07-cv-11450-RWS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Defendant Arachnid, Inc.

Date: May 3, 2012

/s James E. Hanft
James E. Hanft
Schiff Hardin LLP
666 Fifth Avenue, 17th Fl.
New York, New York 10103
Jhanft@schiffhardin.com
(212) 745-9530 Direct
(212) 753-5044 Fascimile

LF\6211312.1