UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

*Plaintiff*,

v.

ARACHNID, INC.,

*Defendant*.

AND RELATED COUNTERCLAIMS

Civil Action No. 07-cv-11450-RWS

**MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

**MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

PURSUANT TO RULE 1.3 of the Local Rules of the Unites States District Court for the Southern District of New York, I James E. Hanft, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Stephen M. Hankins |
| Firm Name: | Schiff Hardin LLP |
| Address: | One Market, Spear Street Tower |
| | 32nd Floor |
| City/State/Zip: | San Francisco, CA 94105 |
| Phone Number: | 415-901-8756 |
| Fax Number: | 415-901-8701 |
| Email Address: | shankins@schiffhardin.com |

Stephen M. Hankins is a member of good standing of the Bar of the State of California. A Certificate of Good Standing is attached hereto.

There are no pending disciplinary proceedings against Stephen M. Hankins in any State or Federal Court.

Dated:          May 3, 2012
City, State:     New York, New York          Respectfully submitted,

James E. Hanft
Sponsor's
SDNY Bar:          JEH-9230
Firm Name:          SCHIFF HARDIN LLP
Address:          666 Fifth Avenue, 17th Floor
City/State/Zip:          New York, New York 10103
Phone Number:          (212) 753-5000
Fax Number:          (212) 753-5044

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., | Civil Action No. 07-cv-11450-RWS |
| *Plaintiff,* | **AFFIDAVIT OF JAMES E. HANFT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| v. | |
| ARACHNID, INC., | |
| *Defendant.* | |
| AND RELATED COUNTERCLAIMS | |

**AFFIDAVIT OF JAMES E. HANFT IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York    )
                     )  ss:
County of New York   )

James E. Hanft, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel in the firm of Schiff Hardin LLP, local counsel for Arachnid, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Arachnid, Inc.'s motion to admit Stephen M. Hankins as counsel pro hac vice to represent Arachnid, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 10, 1994. I was also admitted to the bar of the United States District Court for the Southern District of New York on April 19, 1994, and am in good standing with this Court.

3. I have known Stephen M. Hankins for over a year.

4. Stephen M. Hankins is a partner with the law firm of Schiff Hardin LLP in San Francisco, California.

5. I have found Stephen M. Hankins to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Stephen M. Hankins, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen M. Hankins, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Stephen M. Hankins, pro hac vice, to represent Arachnid, Inc., be granted.

Dated:          May 3, 2012
City, State:    New York, New York

Notarized:

Respectfully submitted,

_____
James E. Hanft (JEH-9230)
Attorneys for Defendant Arachnid, Inc.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
(212) 753-5000

Sworn to before me
this 3rd day of May, 2012

_____
LAURA A. FACOPOULOS
NOTARY PUBLIC, State of New York
No. 01-FA5070696 SUFFOLK
Qualified in ~~Queens~~ County
Commission Expires Dec. 23, _____ 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALL CORPORATION, | DECLARATION OF STEPHEN M. HANKINS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| *Plaintiff,* | |
| v. | |
| CUNO INCORPORATED, | 97-CV-7599 (RRM)(ETB) 03-CV-0092 (RRM)(ETB) |
| *Defendant.* | |

## DECLARATION OF STEPHEN M. HANKINS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

1.      I am a partner with the law firm of Schiff Hardin LLP, attorney for defendant Cuno Incorporated (now, 3M Purification Inc.) ("3M Purification") in this action.

2.      I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the States of California.

4.      There are no pending disciplinary proceedings against me in any State or Federal court.

5.      Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant 3M Purification.

6.      My contact information is as follows:

    Stephen M. Hankins
    California Bar No. 154886
    Schiff Hardin LLP
    One Market
    Spear Street Tower, 32nd Floor
    San Francisco, CA 94105
    (415) 901-8756
    (415) 901-8701 Fax

I Stephen M. Hankins declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April ___, 2012.

_____
Stephen M. Hankins

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 18, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHEN MAXWELL HANKINS, #154886 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

*Plaintiff,*

v.

ARACHNID, INC.,

*Defendant.*

AND RELATED COUNTERCLAIMS

Civil Action No. 07-cv-11450-RWS

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of James E. Hanft, local counsel for defendant Arachnid, Inc. in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stephen M. Hankins |
| Firm Name: | Schiff Hardin LLP |
| Address: | One Market, Spear Street Tower 32nd Floor |
| City/State/Zip: | San Francisco, CA 94105 |
| Phone Number: | 415-901-8756 |
| Fax Number: | 415-901-8701 |
| Email Address: | shankins@schiffhardin.com |

s admitted to practice pro hac vice as counsel for Arachnid, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

There are no pending disciplinary proceedings against Stephen M. Hankins in any State or Federal Court.

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------
TOUCHTUNES MUSIC CORP.,

                                                    Plaintiff.                                        INDEX No.: 07CV11450

                        -against-                                                                     **AFFIDAVIT OF SERVICE BY MAIL**

ARACHNID, INC.

                                                    Defendant.
-------------------------------------------------------------------------------------

STATE OF NEW YORK:
                                        SS.:
COUNTY OF NEW YORK:

        I Sybrandt O. Davis, being duly sworn, depose and say:


1)      I am not a party to the above action, am over 18 years of age and reside in Kings County,
New York.


2)      On April 4, 2012, I served via First Class U.S. Mail, a true and correct copy of Motion to
admit Counsel Pro Hac Vice and supporting papers upon the following individuals:

        James S. Blank                          Joseph S. Preta
        Kaye Scholer. LLP                       Nixon & Vanderhye, P.C.
        425 Park Avenue                         901 N. Glebe Road
        New York, NY 10022                      Arlington, VA 22203

        Jonathon Taylor Reavill
        Nixon & Vanderhye, P.C.
        901 North Glebe Road, Suite 1100
        Arlington, VA 22203

                                                                            Sybrandt Davis




Sworn to before me this
4th day of April 2012



Notary Public

ERICA LAUREN TUCKER
Notary Public, State of New York
No. 01TU6169142
Qualified in New York County
Commission Expires June 18, 2015