UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ARACHNID, INC., <br><br> *Defendant.* <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07-cv-11450-RWS <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 5/8/12 |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of James E. Hanft, local counsel for defendant Arachnid, Inc. in the above-captioned case, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stephen M. Hankins |
| Firm Name: | Schiff Hardin LLP |
| Address: | One Market, Spear Street Tower <br> 32nd Floor |
| City/State/Zip: | San Francisco, CA 94105 |
| Phone Number: | 415-901-8756 |
| Fax Number: | 415-901-8701 |
| Email Address: | shankins@schiffhardin.com |

s admitted to practice pro hac vice as counsel for Arachnid, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

There are no pending disciplinary proceedings against Stephen M. Hankins in any State or Federal Court.

_____
United States District/Magistrate Judge

5-7-12

LF\6211191.2

1