UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

    Plaintiff,

-against-

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC. and
MERIT INDUSTRIES, INC. d/b/a MERIT
ENTERTAINMENT,

    Defendants.

AND RELATED COUNTER CLAIMS

Civil Action No. 07-cv-11450-RWS





## [PROPOSED] ORDER SETTING PRETRIAL SUBMISSIONS

Under the current scheduling order in this case, expert discovery closed on September 18, 2012 and dispositive motions are due on October 18, 2012. The parties have agreed to pretrial submissions being due 30 days after a decision is rendered on all summary judgment motions.

NOW, THEREFORE, the parties stipulate, and request the Court to order, that pretrial submissions, as provided in the Court's Individual Judges Rules are due 30 days after a decision is rendered on all summary judgment motions.

IT IS SO ORDERED.

New York, NY
_____, 2012

28235-28235-0003
LP\6225607.1

_____
Robert W. Sweet
U.S.D.J.