UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant and Counterclaimant, Arachnid, Inc. ("Arachnid") hereby move the Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, New York 10007, as soon as counsel may be heard, for entry of an Order granting Arachnid's Motion for Summary Judgment of No Inequitable Conduct.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Arachnid shall rely upon this Notice of Motion; the accompanying Memorandum in Support of Motion for Summary Judgment of No Inequitable Conduct, dated October 16, 2012; the accompanying Declaration of James E. Hanft in Support of Motion for Summary Judgment of No Inequitable Conduct, dated October 16, 2012, and the attachments thereto; the accompanying Rule 56.1 Statement of

Undisputed Material Facts in Support of Motion for Summary Judgment of No Inequitable Conduct, dated October 16, 2012; and the and all prior filings and proceedings herein.

Dated: New York, New York
October 16, 2012

By: __/s/ James E. Hanft_____
James E Hanft
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, New York 10103
(212) 753-5000

Stephen M. Hankins
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
(415) 901-8700

James P. Murphy
MCANDREWS HELD & MALLOY LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60601
(312) 775-8000

ATTORNEYS FOR DEFENDANT
ARACHNID, INC.

28235-0003
LF\6227601.2