UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 16th day of October, 2012, I caused a true and correct copy of the foregoing **Notice of Motion for Summary Judgment of No Inequitable Conduct**; **Memorandum in Support of Motion for Summary Judgment of No Inequitable Conduct**; **Declaration of James E. Hanft in Support of Motion for Summary Judgment of No Inequitable Conduct**; and **Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment of No Inequitable Conduct** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated:  New York, New York
        October 16, 2012

                                                    */s/ James E. Hanft*
                                                    James E. Hanft

28235-0003
LF\6228953.1