## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ROWE INTERNATIONAL CORP.,<br>ARACHNID, INC.,<br>AMI ENTERTAINMENT, INC. and<br>MERIT INDUSTRIES, INC. d/b/a/ MERIT<br>ENTERTAINMENT,<br><br>Defendants. | Civil Action No. 07-cv-11450-RWS<br><br><br>Oral Argument:  January 9, 2013 |
| AND RELATED COUNTERCLAIMS | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying:

- Memorandum of Law in Support of TouchTunes's Motion for Summary Judgment of Non-Infringement Regarding the '398 and '834 Patents;

- Declaration of Francois Guy;

- Declaration of Dan Schonfeld, Ph.D. in Support of Non-Infringement of the '398 and '834 Patents  (including the exhibits attached thereto); and

- Local Rule 56.1 Statement of Material Facts in Support of TouchTunes's Motion for Summary Judgment of Non-Infringement Regarding the '398 and '834 Patents;

the undersigned will move before the Honorable Robert W. Sweet, United States District Judge,

in Courtroom 18C of the United States District Court for the Southern District of New York, 500

Pearl Street, New York, New York, 10007, on Wednesday, January 9, 2013 at 12:00 p.m., or as

soon thereafter as counsel can be heard, for an order granting summary judgment of non-

infringement of U.S. Patent Nos. 5,848,398 and 6,970,834.  The grounds for this motion are fully set forth in the accompanying Memorandum of Law and supporting documents.

Respectfully submitted,

Date:  October 16, 2012          By:   /s/ James S. Blank_____

James S. Blank (JB-4376)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022-3589
Tel:  (212) 836-8000
Fax:  (212) 836-8689
E-mail:  jblank@kayescholer.com

Joseph S. Presta
E-mail:  jsp@nixonvan.com
Jonathon T. Reavill
E-mail:  jtr@nixonvan.com
**NIXON & VANDERHYE, P.C.**
901 North Glebe Road, 11th Floor
Arlington, Virginia  22203
Tel:  (703) 816-4000
Fax:  (703) 816-4100

*Attorneys for Plaintiff*
*TOUCHTUNES MUSIC CORP.*