```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TOUCHTUNES MUSIC CORPORATION,

                    Plaintiff,                  07 Civ. 11450 (RWS)

       - against -                              O R D E R

ROWE INTERNATIONAL CORP., ARACHNID, INC.,
AMI ENTERTAINMENT, INC. AND MERIT
INDUSTRIES, INC.,

                    Defendants.
------------------------------------x
```

Sweet, D.J.,

Plaintiff's motion for summary judgment, dated October 15, 2012, and Defendant and counterclaimant's motion for summary judgment, dated October 16, 2012, will be heard at noon on Wednesday, December 5, 2012, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
October 17, 2012

ROBERT W. SWEET
U.S.D.J.