UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ROWE INTERNATIONAL CORP., ARACHNID, INC., AMI ENTERTAINMENT, INC. and MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of November, 2012, I caused a true and correct copy of the foregoing **Arachnid's Opposition to Motion for Summary Judgment of Non-Infringement of the '780 Patent; Declaration of James A. Storer in Support of Arachnid's Opposition to TouchTunes' Motions for Summary Judgment of Non-Infringement; Declaration of James E. Hanft in Support of Arachnid's Opposition to TouchTunes' Motion for Summary Judgment of Non-Infringement of the '780 Patent; and Arachnid's Response to TouchTunes' Rule 56.1 Statement in Support of Motion for Summary Judgment of Non-Infringement Regarding the '780 Patent** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated:  New York, New York
       November 14, 2012

                                                       /s/ James E. Hanft
                                                    James E. Hanft

28235-0003
NY\51264237.1