UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP.,<br><br>Plaintiff,<br><br>-against-<br><br>ROWE INTERNATIONAL CORP.,<br>ARACHNID, INC.,<br>AMI ENTERTAINMENT, INC. and<br>MERIT INDUSTRIES, INC. d/b/a MERIT<br>ENTERTAINMENT,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of November, 2012, I caused a true and correct copy of the foregoing **Arachnid's Opposition to TouchTunes' Motion for Summary Judgment of Non-Infringement Regarding the '398 and '834 Patents; Declaration of James A. Storer in Support of Arachnid's Opposition to TouchTunes' Motions for Summary Judgment of Non-Infringement; Declaration of James E. Hanft in Support of Arachnid's Opposition to TouchTunes' Motion for Summary Judgment of Non-Infringement Regarding the '398 and '834 Patents**; and **Arachnid's Response to TouchTunes' Rule 56.1 Statement in Support of Motion for Summary Judgment of Non-Infringement Regarding the '398 and '834 Patents** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated: New York, New York
November 14, 2012

_____
James E. Hanft

28235-0003
NY\51264236.1

2