CONFIDENTIAL – FILE UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP.,<br><br>        Plaintiff,<br><br>        -against-<br><br>ROWE INTERNATIONAL CORP.,<br>ARACHNID, INC.,<br>AMI ENTERTAINMENT, INC. and<br>MERIT INDUSTRIES, INC. d/b/a MERIT ENTERTAINMENT,<br><br>        Defendants.<br><br>AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

# Arachnid's Memorandum in Support of Objections to and Motion to Strike Portions of the Declarations of Dan Schonfeld, Ph.D.