## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TOUCHTUNES MUSIC CORP.,

        Plaintiff,

    -against-

ROWE INTERNATIONAL CORP.,
ARACHNID, INC.,
AMI ENTERTAINMENT, INC.  and
MERIT INDUSTRIES, INC. d/b/a  MERIT
ENTERTAINMENT,

        Defendants.

Civil Action No. 07-cv-11450-RWS

AND RELATED COUNTER CLAIMS

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of November, 2012, I caused a true and correct copy of the foregoing **Notice of Objections to and Motion to Strike Portions of the Declarations of Dan Schonfeld, Ph.D.** and **Memorandum in Support of Objections to and Motion to Strike Portions of the Declarations of Dan Schonfeld, Ph.D** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated:  New York, New York
       November 14, 2012

                             James E. Hanft

28235-0003
NY\51264597.1