UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

TOUCHTUNES MUSIC CORPORATION,

            Plaintiff,

  - against -

ROWE INTERNATIONAL CORP., ARACHNID, INC.,
AMI ENTERTAINMENT, INC. AND MERIT
INDUSTRIES, INC.,

            Defendants.

-------------------------------------X

07 Civ. 11450 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12

Sweet, D.J.,

      The previous scheduling order is vacated and amended as follows: Plaintiff's motion for summary judgment, dated October 15, 2012, and Defendant and counterclaimant's motion for summary judgment, dated October 16, 2012, will be heard at noon on Wednesday, January 16, 2013, in courtroom 18C.

      It is so ordered.

New York, NY
November 30, 2012

                          ROBERT W. SWEET
                              U.S.D.J.