UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUCHTUNES MUSIC CORP.,<br><br>　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>ROWE INTERNATIONAL CORP.,<br>ARACHNID, INC.,<br>AMI ENTERTAINMENT, INC. and<br>MERIT INDUSTRIES, INC. d/b/a MERIT<br>ENTERTAINMENT,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIMS | Civil Action No. 07-cv-11450-RWS |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 13th day of December, 2012, I caused a true and correct copy of the foregoing **Reply Memorandum in Support of Motion for Summary Judgment of No Inequitable Conduct**; and **Arachnid's Response to TouchTunes' Additional Material Facts in Dispute in Connection with Motion for Summary Judgment of No Inequitable Conduct** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated:  New York, New York
　　　　December 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James E. Hanft*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　James E. Hanft

28235-0003
NY\51284133.1