

**SCHIFFHARDIN**LLP

James E. Hanft
212-745-9530
jhanft@schiffhardin.com

666 FIFTH AVENUE
17TH FLOOR
NEW YORK, NY 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

January 11, 2013

**VIA FACSIMILE: 212-805-7925**

Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *TouchTunes Music Corp. v. Arachnid, Inc.*, Civ. No. 07-cv-11450
            Client/Matter No. 28235-0003

Dear Judge Sweet:

      We are counsel for Defendant and Counterclaimant Arachnid, Inc. in the above-captioned case.

      On Wednesday, January 16, 2013, at noon, Plaintiff's motions for summary judgment, dated October 15, 2012 and October 16, 2012, and Defendant and counterclaimant's motion for summary judgment, dated October 16, 2012, will be heard in Your Honor's courtroom.

      Counsel for the Defendant and Counterclaimant will be using a PowerPoint presentation during the Motion Hearing and respectfully requests the use of bringing to Your Honor's courtroom a personal laptop with VGA cable, an extension cord and/or power strip and a USB thumb drive. We understand that the audio-visual department at the Courthouse will be providing a monitor to project our PowerPoint presentation.

      Respectfully submitted,

*/s James E. Hanft /*

Schiff Hardin LLP by

James E. Hanft

Counsel for Defendant and Counterclaimant
Arachnid, Inc.

cc:    James S. Blank, Esq. (by e-mail)
        Joseph Presta, Esq. (by e-mail)

51302675.1

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON | ANN ARBOR | CHARLOTTE